

Entered on Docket
May 31, 2011

_____
**Hon. Mike K. Nakagawa**
United States Bankruptcy Judge

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
3 | (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE:<br>**CONCEPCION L BOTE**<br><br>**Debtor**<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtor** | Chapter 13<br>BKS-11-15171-MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |
|---|---|

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on May 22, 2011.

. . .

. . .

. . .

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: May 25, 2011
9 (alr)